**United States District Court**
**Central District of California**

| | |
|---|---|
| David Figueroa Vargas,<br>Petitioner,<br>v.<br>Warden Facility Administrator, Desert View Facility et al,<br>Respondents. | No. 5:26-cv-06128-FLA-AJR<br><br>**~~[Proposed]~~ Order Appointing Counsel** |

There is no absolute right to appointment of counsel in habeas proceedings. *Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). Appointment of counsel may be authorized at any stage of the proceedings, however, if "the interests of justice so require[.]" 18 U.S.C. § 3006A(a)(2). The decision of whether to appoint counsel in a habeas proceeding turns on a petitioner's ability to articulate his claims pro se in light of the complexity of the legal issues involved and his likelihood of success on the merits. *See Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Here, the *Weygandt* factors sufficiently support the appointment of counsel to represent Petitioner. Therefore, pursuant to the Federal Public Defender's referral notice (Dkt. 7), the Court appoints the following attorney to represent Petitioner in this immigration habeas case. *See* 18 U.S.C. § 3006A(a)(2)(B) (authorizing appointment for persons seeking relief under section 2241).

Ellen Ivens-Duran
Bar No. 341414
4096 Piedmont Ave, Pmb 106
Oakland, CA 94611-5221
Phone: 510-496-9830
E-mail: ivensduranellen@gmail.com

This appointment order shall issue nunc pro tunc to the date of the Federal Public Defender's referral notice, October 19, 2026.

IT IS SO ORDERED.

Dated: October 27, 2026

Honorable A. Joel Richlin
United States Magistrate Judge

[cc: Lauren_Eskenazi-Ihrig@cacd.uscourts.gov]
[cc: ivensduranellen@gmail.com]